

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Bruce Wheatley in his Capacity as | § | No. 08-18-00106-CV |
| Executor of the Estate of Judith Wheatley, | | |
| | § | Appeal from the |
| Appellant, | | |
| | § | Probate Court No. 1 |
| v. | | |
| | § | of El Paso County, Texas |
| Dake Farket ub Gus Capacity as | | |
| Dependent Administrator of the Estate of | § | (TC# 2014-CPR01539) |
| Judith T. Wheatley, | | |
| | § | |
| Appellee. | | |
| | § | |

**O R D E R**

The Court GRANTS the combined Appellee/Cross-Appellant's third motion for extension of time within which to file the brief until **October 23, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE COMBINED APPELLEE/CROSS-APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joseph L. Hood Jr., the Appellee/Cross-Appellant's attorney, prepare the brief and forward the same to this Court on or before October 23, 2019.

IT IS SO ORDERED this 24th day of September, 2019.

PER CURIAM